UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAYLOR-MORLEY, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV300 JCH |
| ) | |
| CINCINNATI INSURANCE CO., et al., ) | |
| ) | |
| Defendant(s). ) | |

### ORDER

This matter is before the Court on Defendant Cincinnati Insurance Company's Motion to Dismiss or Transfer, filed February 26, 2007. (Doc. No. 7). In its motion, Defendant asserts that pursuant to the "First Filed Rule," this cause should be transferred to the United States District Court for the Southern District of Illinois. (Id.). In its response to Defendant's motion, Plaintiff consents to the transfer of this action. (Doc. No. 19).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss or Transfer (Doc. No. 7) is **GRANTED** in part, and Cause No. 4:07CV300 JCH is **TRANSFERRED** to the United States District Court for the Southern District of Illinois for further proceedings.

Dated this 23rd day of April, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE